UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-cv-20518-GAYLES/GOODMAN

LAWRENCE M. MEADOWS,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.,

    Defendant.
    _____/

## ORDER

**THIS CAUSE** comes before the Court on the Defendant American Airlines, Inc.'s Motion to Stay Discovery Pending Ruling on the Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion"). [ECF No. 70]. This case was referred to Magistrate Judge Jonathan Goodman for a ruling on all pretrial non-dispositive matters and a report and recommendation on all dispositive matters, pursuant to 28 U.S.C. § 636(b)(1)(B). [ECF No. 43]. On September 29, 2024, Judge Goodman issued his report recommending that the Defendant's Motion be granted (the "Report"). [ECF No. 86]. Plaintiff timely objected to the Report. [ECF No. 92].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint*

*Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Upon *de novo* review, the Court agrees with Judge Goodman's well-reasoned analysis and conclusion that Defendant's Motion to Stay should be granted.

## CONCLUSION

After careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Magistrate Judge Goodman's Report and Recommendation, [ECF No. 86], is **ADOPTED in full**;

(2) Defendant's Motion to Stay Discovery Pending Ruling on Motion to Dismiss Plaintiff's First Amended Complaint [ECF No. 70], is **GRANTED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of October, 2024.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE