Lawrence M. Meadows, Plaintiff
1900 Sunset Harbour Dr., #2112
Miami Beach, FL 33139
Phone: 516-982-7718
lawrencemeadows@yahoo.com

Receipt # 547854

FILING FEE
PAID _____ $605.00
In Forma
Pauperis _____ No
Angela E. Noble, Clerk

FILED BY ___ MC ___ D.C.

JAN 2 8 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## IN THE UNITED STATES DISTRICT COURT

## FLORIDA SOUTHERN DISTRICT

| | |
|---|---|
| **LAWRENCE M. MEADOWS,** | **PLAINTIFF'S NOTICE OF APPEAL** |
| Plaintiff, | |
| v. | |
| **AMERICAN AIRLINES, INC.,** | **Case No: 1:24-cv-20518-DPG** |
| a Delaware Corporation, Defendant. | **Honorable Judge Darrin. P. Gayles** |

## PLAINTIFF'S NOTICE OF APPEAL

Comes now, Pro Se Plaintiff, Lawrence M. Meadows, who hereby appeals to the United States Circuit Court of Appeals for the Eleventh Circuit, from the final Order which Dismissed Plaintiff's First Amended Compliant with Prejudice, entered on December 30, 2024 (Doc 98), and all underlying Report and Recommendations, and Orders in the above style cause.

Dated this 27th day of January, 2025

Respectfully submitted,

Lawrence M. Meadows, Pro Se Plaintiff
1900 Sunset Harbour Dr., #2112
Miami Beach, FL 33139
Phone: 516-982-7718
lawrencemeadows@yahoo.com

1

## CERTIFICATE OF SERVICE

**I, Lawrence M. Meadows, Plaintiff, hereby certify,** that a true and correct copy of the

foregoing was served via E-mail and U.S. Mail on January 27th, 2025 on all counsel or parties of

record on the Service List below.

Signature of Filer

## SERVICE LIST

**Mark W. Robertson**
O'Melveny & Myers, LLP
1301 Avenue of the Americas Suite 1700
New York, NY 10019
212-326-4329
Email: mrobertson@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelly S. Wood**
O'Melveny & Myers, LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
949-823-6900
Email: kwood@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan K. Stumphauzer**
**Matthew Mario DellaBetta**
**Timothy Kolaya**
Stumphauzer Kolaya Nadler & Sloman, PLLC
One Biscayne Tower
2 South Biscayne Boulevard
Ste 1600
Miami, FL 33131
305-614-1413
Email: mdellabetta@sknlaw.com
*ATTORNEY TO BE NOTICED*

**Counsel for Defendant – American Airlines. Inc.**

2



Align top of FedEx Express® shipping label here.

RECD BY _____ D.C.

JAN 28 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

ORIGIN ID:PKCA   (516) 982-7718
LAWRENCE MEADOWS

1900 SUNSET HARBOUR DR 2112

MIAMI BEACH, FL 33139
UNITED STATES US

SHIP DATE: 27JAN25
ACTWGT: 0.10 LB
CAD: 6572123/ROSA2610

Part # 152297-435 RRDB2 EXP 11/25

TO WILKIE D. FERGUSON, JR U.S
COURTHOUSE
ATTN : CLERK OF COURT
400 NORTH MIAMI AVE ROOM 8N09
MIAMI FL 33128

(305) 523-5100        REF:        DEPT:
INV:
PO:

FedEx
Express

E

TRK# 7717 0626 3801
0201

TUE – 28 JAN 10:30A
PRIORITY OVERNIGHT
ASR
33128
FL-US   MIA

X6 MPBA